UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Michael P. Andrews  
Lisa M. March-Andrews  

Case No.: 17-28028  
Chapter: 7  
Judge: ABA  

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable  Andrew B. Altenburg, Jr.  on  12/12/17  at  10  a.m. at the United States Bankruptcy Court, Courtroom no.  4B . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 23 Wilson Drive<br>Northfield, NJ<br>Value $171,539.00 |
|---|---|

| Liens on property: | The Bank of America<br>$185,459.00 |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee  
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221  
Telephone No.: 609-601-6066  

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-28028-ABA
Michael P. Andrews                                                      Chapter 7
Lisa M. March-Andrews
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Nov 13, 2017
                              Form ID: pdf905          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db/jdb         +Michael P. Andrews,    Lisa M. March-Andrews,    23 Wilson Drive,    Northfield, NJ 08225-2544
517051067       Bank of America Home Loans,    Post Office Box 31785,    Tampa, FL 33631-3785
517051068       Chase Bank,    Post Office Box 15298,    Wilmington, DE 19850-5298
517051070      +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
517051072       CornerStone Education Loan Services,    PO Box 145123,    Salt Lake City, UT 84114-5123
517051074      +GFH Surgical Associates,    718 Shore Road,    Somers Point, NJ 08244-2331
517051075       Hackensack Non-invasive Vascular,    Laboratory Associates,    PO Box 95000-4590,
                 Philadelphia, PA 19195-4590
517051076      +Hackensack University Medical Center,    30 Prospect Avenue,    PO Box 48027,
                 Hackensack, NJ 07601-1915
517051077      +Jersey Shore Federal Credit Union,    1434 New Road,    Northfield, NJ 08225-1104
517051079      +NJ Healthcare Specialists, PC,    20 Prospect Avenue, Suite 602,    Hackensack, NJ 07601-1962
517051078      +Navient/Department of Education,    123 Justison Street, 3rd Floor,    Wilmington, DE 19801-5360
517051080      +PNC Bank,    Client Services MS# P5-PCLC-01-W,    2730 Libery Avenue,    Pittsburgh, PA 15222-4704
517051081      +Roxanna Kline, M.D.,    332 Summit Avenue,    Hackensack, NJ 07601-1430
517051082       Shore Medical Center,    PO Box 42972,    Philadelphia, PA 19101-2972
517051083       UFCW and Participating Food Industry,    Employers Tri-State Pension Fund,
                 c/o O'Brien, Belland & Bushinsky, LLC,    1526 Brace Road,    Cherry Hill, NJ 08003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 13 2017 23:36:37      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 13 2017 23:36:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517051073       E-mail/Text: csd1clientservices@cboflanc.com Nov 13 2017 23:37:01
                 Credit Bureau of Lancaster County, Inc.,    PO Box 1271,    Lancaster, PA 17608-1271
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517051069*      Chase Bank,    Post Office Box 15298,    Wilmington, DE 19850-5298
517051071*     +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-54CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-54CB dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Robert A. Loefflad    on behalf of Debtor Michael P. Andrews rloefflad@ffhlaw.com,
               ghuie@ffhlaw.com
              Robert A. Loefflad    on behalf of Joint Debtor Lisa M. March-Andrews rloefflad@ffhlaw.com,
               ghuie@ffhlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6